IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SIMCO MORRIS,                                    No. 2:12-cv-2116-GEB-CMK-P

    Petitioner,

  vs.                                              <u>ORDER</u>

GARY SWARTHOUT,

    Respondent.

_____/

       Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's motion for an extension of time (Doc. 24) to file objections to the court's August 18, 2015, findings and recommendations.  Good cause appearing therefor, the request is granted.  The parties may file objections within 20 days of the date of this order.

       IT IS SO ORDERED.

DATED: September 9, 2015

                                                      _____
                                                      **CRAIG M. KELLISON**
                                                      UNITED STATES MAGISTRATE JUDGE

1